UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA,          :

     - against -                   :          ORDER OF REFERRAL
                                              **CR05-61**      (JBW)
                                   :

 **JERRIE SWANSON**                :
--------------------------------X

     1.  The district judge refers any application by a defendant for
permission to enter a plea of guilty to a magistrate judge of this court
to conduct an allocution pursuant to F.R. Crim. P., Rule 11, and to (a)
find if the plea is knowingly and voluntarily made and not coerced, and
(b) recommend if the plea of guilty should be accepted, reporting to the
undersigned as soon as practicable.  With the oral consent of the
parties on the record, the probation investigation of the defendant may
commence as soon as the allocution is completed by the magistrate judge.

     2.  The district judge refers any application by a defendant (or each
defendant if there is more than one) to a magistrate judge of this court
for selection of a jury of twelve with six alternates.

     SO ORDERED.


                                   Jack B. Weinstein
                                   Senior United States District Judge

Brooklyn, New York
 **7/19/05**

     [Strike paragraph 1 or 2 if it is not applicable.  If there is more
than one defendant, each defendant and his or her counsel must sign the
waiver of the right to have a district judge select the jury or the
waiver is invalid.]


     Voluntarily consented to after full consultation by defendant with
counsel.  Defendant will suffer no prejudice by not consenting.  If
there is no consent, the district court judge assigned rather than the
magistrate judge will act.

     Defendant:

     Attorney for
     Defendant:

     U.S. Attorney
     by A.U.S.A.:

                                              USMJ 7/19/05